FILED
JAN 14 2003
CLERK
U. S. DISTRICT COURT
MIDDLE DIST. OF ALA.

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| SHIRLEY MARSH, et al., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| vs. ) | CIVIL ACTION NO. 02-A-788-N |
| ) | |
| BUTLER COUNTY SCHOOL ) | |
| SYSTEM, ) | |
| ) | |
| Defendant. ) | |

### ORDER

In accordance with the Memorandum Opinion entered on this date, it is hereby ORDERED as follows:

(1) The Defendant's Motions to Strike are DENIED.

(2) The Defendant's Motion for Leave to Respond to Plaintiff's Motion to Strike is DENIED as moot.

(3) The Plaintiffs' Motion to Strike is DENIED.

(4) The Plaintiffs' Motions for Conditional Class Certification and Issuance of Court Supervised Notice to All Others Similarly Situated to Opt-In are DENIED.

Done this 14th day of January, 2003.

W. HAROLD ALBRITTON
CHIEF UNITED STATES DISTRICT JUDGE

EOD 1-14-03